In The United States Southern Court of Mississippi

Thomas Taylor
    vs                    Cause # 97-034cri      Petitioner
State of Mississippi                             Respondent.

"Emergency Habeas Corpus"    4-26-23

Comes Now, Thomas Taylor, Pro Se, and files this, his Habeas Corpus, and in support thereof sets down the following. Petitioner Taylor, states he has served his sentence and seeks his imediately release. He states he is being illegally held as his sentence has expired. Miss Code 97-3-65(1)(1972) States, "Only a Jury can sentence one to life." The trial

Page 1 of 5

Judge ("lacked the Authority to sentence Taylor to a life sentence without the Jurys recomendation.") When the Jury fails to seek a life sentence, The trial Judge can only sentence the defendant to an amount of years. "Less his life expectancy" Miss Code 97-3-65(1)(1974) plainly states. Only a Jury can sentence one to life under this Code. Please See Below Cases.

① Lee v State 322 So 2d 751 Miss (1974)
② Stewart v State 372 So 2d 257 (1979)
③ Hickombottom v State 409 So 2d 1337 (1982)
④ Warren v State 456 So 2d 735 (1984)
⑤ Browin v State 557 So 2d 799 (1990)

In Lee v. State The court agreed with Lee, That his sentence was illegal. Lee held Only a Jury can

page 2 of 8

sentence one to a life Sentence under 97-3-65(1)(1974). and when the Jury does not request a life Sentence, a Judge can only sentence one to a Years Sentence = less than the defendant's life expectancy. NOTE [If the Judge had obeyed the statute, Taylor would have been sentenced to an amount of years "less his life expectancy" and this would have occured in (1998) and "Taylor would have already been released as he has served more than his life expectancy".] Therefore Taylor is being held illegally as his sentence, he would have been sentenced to, has (Expired) and Taylor seeks his immediately release.

page 3 of 5.

Under <u>LEE</u> and the other cases Taylor has cited, requires for Taylor to be released as soon as possible as he is serving an illegal sentence which <u>has itself expired</u>. Taylor was charged with "<u>Capital Rape</u>", Miss Code <u>97-3-65 (1) (1972)</u> ("Under this statute, Only a Jury can sentence one to Life.") If Jury fails to sentence to life, The Judge can sentence to X-amount of years not to exceed one's life expectancy, Taylor's life expectancy is on or about 75 years. Taylor has served over "<u>6 years past his life expectancy</u>". He

is seeking his immediately release, as he has served the correct legal sentence Taylor states. He was sentenced on February 11th 1998. Because the Jury did not seek a life sentence the trial court should have sentenced him "at that point of time" to an amount of years. However the Judge sentenced him to a life sentence. If Taylor had been properly sentenced on (February 11th 1998) his sentence he is now serving would have already expired. Therefore Taylor is illegally being held and is seeking his immediately release. As his proper sentence no longer exist See Exhibits A & B Pages 6 & 7

Page 5 of 8

## Certificate Of Service

This is to Certify that I have caused to be Mailed by US postage, pre-paid, a true and correct copy to the below listed parties.

1) U.S. District Court.
   Southern District
   501 East Court St
   Suite #2
   Jackson, Ms. 39201

2) Attorney General
   Post Office Box 220
   Jackson, Ms.
   39205-0220

4-26-23

Respectfully Submitted.

Thomas Taylor # 41189
SMCI Area 2 A-2
Post Office Box 1419
Leakesville, Ms. 39451-1419.

Please See Exhibits A & B attached
Pages 6 and 7. Page 6 is Verdict by Jury.
Page - 7 is Sentencing Order.

Page 8 of 8